NUMBERS 13-03-609-CR, 13-03-610-CR, and 13-03-611-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


__________________________________________________________________


BRIAN KEITH MAIORKA, Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 405th District Court 


of Galveston County, Texas.


___________________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Castillo, and Garza


Opinion Per Curiam



 Appellant, BRIAN KEITH MAIORKA, perfected appeals from judgments entered
by the 405th District Court of Galveston County, Texas, in cause numbers
02CR1745, 02CR1746, and 02CR1747. Appellant has filed a motion to dismiss the
appeals. The motion complies with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeals, is of the opinion that appellant's motion to dismiss the appeals
should be granted. Appellant's motion to dismiss the appeals is granted, and the
appeals are hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).


Opinion delivered and filed this

the 6th day of November, 2003.